**Raymond Baba ATIMBANEME,**
**Petitioner,**

v.

**Jefferson B. SESSIONS, III, Attorney**
**General of the United States,**
**Respondent.**

**No. 16-4169**

United States Court of Appeals,
Eighth Circuit.

Submitted: August 7, 2017

Filed: August 14, 2017

Raymond Baba Atimbaneme, Pro Se

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, David Kim, Carl H. McIntyre, OIL, Holly Michele Smith, Senior Litigation Counsel, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Raymond Baba Atimbaneme, a citizen of Ghana, petitions for review of an order by the Board of Immigration Appeals (BIA) denying his motion to reopen, which was based on his claim that counsel provided ineffective assistance in proceedings on his application for a waiver of inadmissibility.

We grant Atimbaneme's motion to withdraw his first motion to file an amended opening brief, and we deny his second motion to file an amended opening brief. Turning to the merits, we conclude that the BIA did not abuse its discretion in denying the motion to reopen, as the BIA did not fail to offer a rational explanation for its decision, depart from its established policies without explanation, ignore or distort the evidence in the record, or rely on legal error or impermissible factors. *See Valencia v. Holder*, 657 F.3d 745, 748 (8th Cir. 2011). The petition for review is denied.